# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| STEPHANIE JENSEN, | CASE NO. 3:21-cv-00483-RCJ-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND** |
| vs. | |
| ROBERT J. McKENNON, JOSEPH McMILLEN; McKENNON LAW GROUP; and DOES 1-20, | |
| Defendants. | |

HAVING CONSIDERED Plaintiff Stephanie Jensen's MOTIOIN FOR EXTENSION OF TIME TO RESPOND,

This Court grants Plaintiff Stephanie Jensen's request of additional time to respond to the Court's REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE.

///

///

///

///

1

**ORDER**

Before the Court is Plaintiff's Motion for Extension of Time (ECF No. 5) to file her objections to the Report and Recommendation (ECF No. 4). On January 13, 2022, the Report and Recommendation of U.S. Magistrate Judge (ECF No. 4) was entered on the Court's docket recommending that the Court dismiss the complaint based on a lack of personal jurisdiction and improper venue. The parties were advised: Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. Objections to the Report and Recommendations were due by **January 27, 2022**.

**IT IS ORDERED** that Plaintiff's motion for extension of time to respond to the Report and Recommendation (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may file an objection to the Report and Recommendation (ECF No. 4) on or before **Monday, March 14, 2022**. No further extensions will be granted.

**IT IS SO ORDERED**.

_____
ROBERT C. JONES
United States District Judge

DATED: February 15, 2022.