UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE JENSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT MCKENNON, *et al.*,<br><br>                Defendants. | Case No.: 3:21-CV-00483-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 4[1]) entered on January 13, 2022, recommending that the Court grant Plaintiff Stephanie Jensen's ("Jensen"), application to proceed *in forma pauperis* (ECF No. 1), and dismiss the complaint (ECF No. 1-1). On March 14, 2022, Jensen filed objections to magistrate judge's report and recommendation (ECF No. 7).

  This action was referred to Magistrate Carla L. Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Report and Recommendation (ECF No. 4) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** Jensen's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the complaint (ECF No. 1-1) is **DISMISSED, WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment and close this case.

**IT IS SO ORDERED.**

Dated this 17th day of March 2022.

_____
ROBERT C. JONES
United States District Judge